AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROGER WILKS
was received by me on *(date)* MARCH 22, 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* DEBRA WILKS (SPOUSE), a person of suitable age and discretion who resides there, on *(date)* MARCH 23, '23 @ 6:40 pm, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: MARCH 24, 2023

*Server's signature*

ROBERT GRANT
*Printed name and title*

10 KENSINGTON LANE
HUNTINGTON WV
*Server's address*

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Theresa B. Grant
10 Kensington Lane
Huntington WV 25705
My Commission Expires February 16, 2026

Additional information regarding attempted service, etc:

DEBRA WILKS IS A WHITE, FEMALE, APPROXIMATELY 5'6", WEIGHING 140 POUNDS, ±60 YRS OF AGE WITH BLACK HAIR